IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01510–EWN–CBS

CHRISTOPHER ARMETTA,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

**ORDER**

---

    The Court, having reviewed the parties' Stipulated Motion to Remand, does hereby grant the parties Stipulated Motion to Remand and does hereby ORDER that this matter be remanded back to the El Paso County District Court for further proceedings on the merits.

    Dated this 30th day of August, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge